U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 6 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

## U. S. DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

UNITED STATES OF AMERICA

VS.  C.A. 05-2137

DUNHAM C. SELF (DECEASED) AND JESSIE CATHERINE GREGORY SELF

### ORDER TO APPOINT THIRD APPRAISER

The United States Marshal's sale in this suit is scheduled for April 11, 2007, at ten o'clock a.m. in Rayville, Louisiana with benefit of appraisal.

Appraisals were submitted as follows:

| **Defendant** | **Plaintiff** |
|---|---|
| Farm Equipment  $4,700.00 | Farm Equipment  $2,925.00 |

According to Louisiana R.S. 13:4365, B. In those cases where the two appraisers do not agree and the values are not within the averaging limits, then the sheriff shall appoint a third appraiser…

Due to the differences and the complexity of such an appraisal. IT IS HEREBY ORDERED that a third appraiser, whose decision will be final, be appointed as follows:

Mr. Howard Morgan
Tallulah, La.

For a fee of $99.00. The appraisal fee will be taxed as costs in this suit.

THUS DONE AND SIGNED THIS __26__ day of __March__, 2007, at Shreveport, Louisiana

U. S. MAGISTRATE JUDGE
MARK L. HORNSBY